Henry **ASTON**, Appellant, v. **UNITED STATES** of America, Appellee.

'No. 943.

Municipal Court of Appeals for the District of Columbia.

Submitted Sept. 6, 1950.

Decided Sept. 27, 1950.

Henry Aston pro. se.

Floyd L. France, William R. Simpson, Jr., Washington, D. C., and John R. Jones, Washington, D. C., for appellee.

Before CAYTON, Chief Judge, and HOOD and CLAGETT, Associate Judges.

HOOD, Associate Judge.

Appellant was a month to month tenant of housing accommodations leased to him by the United States of America through the National Capital Housing Authority. After service of a thirty-day notice to quit the United States sued for and obtained judgment for possession.

The tenant in appealing has assigned twenty-one claims of error but has stated them in such general terms that it is impossible to determine from the record their merits, if any. The case was submitted without argument and appellant in his one-page brief states that he "would have to write a thousand-and-one pages to cover the expanded phase of this case." He also states: "In the purview of the Wittek case [1] 473, and other important opinions in U.S.A. Tenancy and Insurance cases, any further litigation appears hopeless." Nevertheless he asks this court to reverse the judgment.

Because appellant appears in proper person, and apparently is not a lawyer, we have examined the record with care, but have found no error.

Affirmed.

1. The reference, we assume, is to United States v. Wittek, 337 U.S. 346, 69 S.Ct. 1108, 93 L.Ed. 1406, holding that the District of Columbia Emergency Rent Act, D.C.Code 1940, § 45—1601 et seq., is not applicable to Government owned housing.